UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 3

| | |
|---|---|
| HANON SYSTEMS ALABAMA CORP.<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant.* | **SUMMONS**<br><br>Court No. 24-00013 |

TO:   The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. **Name and Standing of Plaintiff:**

   Plaintiff in this action is Hanon Systems Alabama Corp. ("Hanon" or "Plaintiff"). Plaintiff was a party to the proceeding that led to the contested determination and is an interested party as described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A), as a United States importer of subject merchandise. Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   The appeal is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(ii) and 19 U.S.C. § 1516a(a)(2)(B)(vi) and this Court has jurisdiction pursuant to 28 U.S.C. § 1581(c).

2. **Brief Description of Contested Determination:**

   Plaintiff contests certain findings of fact and issues of law by the U.S. Department of Commerce in *Antidumping and Countervailing Duty Orders on Certain Aluminum Foil From the People's Republic of China: Final Affirmative Determinations of Circumvention With Respect to the Republic of Korea and the Kingdom of Thailand*, 88 Fed. Reg. 82,824 (Dep't of Commerce Nov. 27, 2023).

3. **Date of Determination:**

The contested determination was issued to parties via filing on ACCESS on November 20, 2023.  *See* Memorandum from James Maeder, Deputy Assistant Secretary for Enforcement and Compliance, to Abdelali Elouaradia, Deputy Assistant Secretary for Enforcement and Compliance, *Subject: Issues and Decision Memorandum for the Final Circumvention Determination of the Antidumping Duty Order on Certain Aluminum Foil from the People's Republic of China with Respect to the Republic of Korea* (Dep't of Commerce dated Nov. 17, 2023).

4. **Notice of Contested Determination:**

The contested determination was mailed to interested parties on December 21, 2023.  *See* Memorandum from Michael J. Heaney, International Trade Compliance Analyst, AD/CVD Operations, Office VI, through Erin Kearney, Program Manager, AD/CVD Operations, Office VI, to All Interested Parties, *Subject: Circumvention Inquiries on Aluminum Foil from the People's Republic of China – Confirmation of Delivery of Final Circumvention Determinations* (Jan. 3, 2024).

Respectfully Submitted,

/s/ Kristen S. Smith
Kristen S. Smith
Sarah E. Yuskaitis
Mark Tallo

**SANDLER TRAVIS & ROSENBERG, P.A.**
1300 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20004
Tel: (202) 730-4965
Fax: (202) 842-2247

*Attorneys for Plaintiff Hanon Systems Alabama Corp.*

Dated: January 22, 2024

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444

Robert Heilferty, Esq.
Office of the Chief Counsel for Trade
Enforcement and Compliance
**U.S. Department of Commerce**
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, NY 10278