# UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE:    THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE**

|  |  |  |
|---|---|---|
| HANON SYSTEMS ALABAMA CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 24-00013 |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the Consent Motion to Intervene as of Right filed by the Aluminum Association Trade Enforcement Working Group and its individual members (JW Aluminum Company, Novelis Corporation, and Reynolds Consumer Products, LLC), it is hereby

**ORDERED** that the Consent Motion to Intervene as of Right is granted; and it is further

**ORDERED** that the Aluminum Association Trade Enforcement Working Group and its individual members (JW Aluminum Company, Novelis Corporation, and Reynolds Consumer Products, LLC), are designated as Defendant-Intervenors in this action.

/s/ Joseph A. Laroski, Jr.
Joseph A. Laroski, Jr., Judge

Dated:        March 26, 2024
New York, New York